ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff-Appellee,<br><br>              v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>                   Defendant-Appellant. | No. 23-5280 |

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR
INJUNCTION PENDING APPEAL**

Appellant Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta"), by and through its undersigned counsel of record, hereby respectfully withdraws its November 29, 2023 Emergency Motion for Injunction Pending Appeal (Doc. No. 2029196) (the "Motion").

On November 29, 2023, Meta filed an emergency motion for an injunction pending appeal of the District Court's November 27, 2023 Order. Meta filed the Motion in this Court because "moving first in the district court" would have been "impracticable" in light of its December 11, 2023 deadline to respond to the FTC's May 3, 2023 Order to Show Cause ("OTSC"). *See* Fed. R. App. P. 8(a)(2)(A)(i); Motion at 10–11 (citing cases).

Earlier this afternoon, the Commission issued an order extending Meta's time to respond to the OTSC to January 31, 2024.[1] *See* Order Further Extending Time for Respondent's Answer, *In the Matter of Facebook, Inc.*, FTC Docket No. C-4365 (Dec. 6, 2023) (a true and correct copy of which is included as Exhibit A to this notice). Because, as a result of this extension of more than seven weeks, it appears to be practicable for Meta to move for an injunction pending appeal before the District Court, Meta respectfully files this notice withdrawing the Motion without prejudice.

Dated: December 6, 2023

Respectfully submitted,

*/s/ James P. Rouhandeh*

_____

Paul J. Nathanson
DAVIS POLK & WARDWELL LLP
901 15th Street, NW
Washington, DC 20005
Tel: (202) 962-7000
paul.nathanson@davispolk.com

James P. Rouhandeh
Michael Scheinkman
David B. Toscano
Marc J. Tobak
John A. Atchley III
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
rouhandeh@davispolk.com
michael.scheinkman@davispolk.com
david.toscano@davispolk.com
john.atchley@davispolk.com

*Counsel for Defendant-Appellant*

---

[1] Meta informed the Clerk's Office and Appellee's Counsel of its intent to withdraw the Motion before filing this Notice.

## CERTIFICATE OF SERVICE

I certify that on December 6, 2023, I filed the foregoing document via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ James P. Rouhandeh*

_____
James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
rouhandeh@davispolk.com

*Counsel for Defendant-Appellant*

# EXHIBIT A

UNITED STATES OF AMERICA
BEFORE THE FEDERAL TRADE COMMISSION

| | |
|---|---|
| **COMMISSIONERS:** | Lina M. Khan, Chair<br>Rebecca Kelly Slaughter<br>Alvaro M. Bedoya |

| | |
|---|---|
| **In the Matter of**<br><br>**FACEBOOK, Inc.,**<br>     **a corporation,**<br><br><br>**Respondent.** | **Docket No. C-4365** |

**ORDER FURTHER EXTENDING**
**TIME FOR RESPONDENT'S ANSWER**

   Respondent's Answer to the Commission's Order to Show Cause in this proceeding is due on December 11, 2023. However, several developments that may affect the course of this proceeding recently have occurred. On November 27, 2023, the United States District Court for the District of Columbia denied a motion by Facebook (now known as Meta) to enjoin the reopening of the FTC's administrative proceeding.  *United States v. Facebook, Inc.*, 2023 WL 8190858 (D.D.C. Nov. 27, 2023). The court determined that it lacked enforcement jurisdiction over a 2020 FTC administrative order that it found was not part of a stipulated order previously entered by the district court. *Id.* Meta has appealed that ruling and has requested an emergency injunction staying the administrative proceeding pending resolution of the appeal. On November 29, 2023, Meta also filed a new complaint (assigned now to a new judge) in the United States District Court for the District of Columbia, raising constitutional arguments and seeking to preliminarily and permanently enjoin the administrative proceeding.

   Commission Rule of Practice 4.3(b) provides that the Commission may extend for good cause shown any time limit prescribed by its rules or orders. 16 C.F.R. § 4.3(b). We find that under the circumstances presented, the desirability of initially coordinating the scheduling of the multiple proceedings and actions at issue provides good cause to extend the deadline for Respondent's Answer until January 31, 2024.

   Accordingly,

   **IT IS HEREBY ORDERED THAT** Respondent's Answer, if any, to the Commission's Order to Show Cause shall be due on January 31, 2024.

1

By the Commission.

                                               Joel Christie
                                               Acting Secretary

SEAL:
ISSUED: 12/6/2023