# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5280**                      **September Term, 2023**

**1:19-cv-02184-TJK**

**Filed On: December 7, 2023** [2030442]

United States of America,

        Appellee

    v.

Facebook, Inc.,

        Appellant

**O R D E R**

The notice of appeal was filed on November 28, 2023, and docketed in this court on November 29, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 8, 2024 |
| Docketing Statement Form | January 8, 2024 |
| Procedural Motions, if any | January 8, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | January 8, 2024 |
| Statement of Issues to be Raised | January 8, 2024 |
| Transcript Status Report | January 8, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | January 8, 2024 |
| Dispositive Motions, if any | January 22, 2024 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5280**　　　　　　　　　　　　　　　　　　　September Term, 2023

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | January 8, 2024 |
| Procedural Motions, if any | January 8, 2024 |
| Dispositive Motions, if any | January 22, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

　　　　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's website:

　　　　　Civil Docketing Statement Form
　　　　　Entry of Appearance Form
　　　　　Transcript Status Report Form
　　　　　Request to Enter Appellate Mediation Program
　　　　　Notice Concerning Expedition of Appeals and Petitions for Review
　　　　　Stipulation to be Placed in Stand-By Pool of Cases