# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-5280**　　　　　　　　　　　　　　　**September Term, 2023**

**1:19-cv-02184-TJK**

**Filed On: January 4, 2024** [2034470]

United States of America,

      Appellee

  v.

Facebook, Inc.,

      Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time and agreed briefing schedule, it is

**ORDERED** that the motion for extension of time be granted. Procedural motions are now due January 16, 2024. Consideration of the parties' request to enter an agreed briefing schedule for any potential motion for an injunction pending appeal is deferred pending further order of the court.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                            BY:   /s/
                                        James A. Kaiser
                                        Deputy Clerk