# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 23-5280
2. DATE DOCKETED: 11-29-2023
3. CASE NAME (lead parties only) United States of America v. Facebook, Inc.
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?   ○ Yes  ⦿ No
   If YES, cite statute _____
6. CASE INFORMATION:
   a. District Court Docket No.           Bankruptcy Court Docket No.        Tax Court Docket No.
      Civil Action 1:19-cv-02184-TJK      Bankruptcy _____                  Tax _____
      Criminal _____                     Adversary _____
      Miscellaneous _____                Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Timothy J. Kelly             Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 11-27-2023   e. Date notice of appeal filed: 11-28-2023
   f. Has any other notice of appeal been filed in this case?  ○ Yes ⦿ No  If YES, date filed: _____
   g. Are any motions currently pending in trial court? ⦿ Yes ○ No  If YES, date filed: 12-12-2023
      If YES, identify motion Motion for Injunction Pending Appeal
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ⦿ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ○ Yes  Appeal # _____  ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No  If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?  ○ Yes  ⦿ No
      If YES, give popular name and citation of statute _____
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No   If so, provide program name and participation dates

Signature /s/ James P. Rouhandeh                    Date 01-08-2024
Name of Party Meta Platforms, Inc. (formerly Facebook, Inc.)
Name of Counsel for Appellant/Petitioner James P. Rouhandeh
Address 450 Lexington Avenue, New York, New York 10017
Phone ( 212 ) 450-4835     Fax ( 212 ) 701-5835
ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)