ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee*, v. FACEBOOK, INC., *Defendant-Appellant*. | No. 23-5280 |

## DEFENDANT-APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rules of Appellate Procedure 26(b) and D.C. Circuit Rule 27(h), Defendant-Appellant Meta Platforms, Inc. (f/k/a Facebook, Inc.) ("Meta") respectfully requests that the Court enter the parties' agreed extension of Meta's deadline to file procedural motions, to and including January 31, 2024. Counsel for Plaintiff-Appellee has stated that Plaintiff-Appellee does not oppose this motion. In support of this unopposed Motion, Meta states as follows:

1. On November 27, 2023, the United States District Court for the District of Columbia issued an order denying Meta's Motion to Enforce the Stipulated Order and to Enjoin the Administrative Reopening Proceeding of

1

the Federal Trade Commission. *See United States v. Facebook, Inc.*, No. 19-2184 (TJK), 2023 WL 8190858, at *1 (D.D.C. Nov. 27, 2023).

2. On November 28, 2023, Meta filed a Notice of Appeal, which was docketed in this Court on November 29, 2023.

3. On November 29, 2023, Meta filed an Emergency Motion for Injunction Pending Appeal. (Doc. No. 2029196) (the "Emergency Motion"). At the time, Meta's deadline for responding in the administrative proceeding before the Federal Trade Commission was December 11, 2023.

4. On December 6, 2023, the Federal Trade Commission *sua sponte* extended Meta's deadline through January 31, 2023. *See* Order Further Extending Time for Respondent's Answer, *In the Matter of Facebook, Inc.,* FTC Docket No. C-4365 (Dec. 6, 2023). Federal Rule of Appellate Procedure 8(a)(1) provides that where practicable a party seeking injunctive relief pending appeal must ordinarily move first in the district court.

5. As a result of this seven-week extension, Meta withdrew its Emergency Motion without prejudice (Doc. No. 2030325), and filed a motion for an injunction pending appeal in the District Court (the "District Court Motion"). *See* Mot. for Injunction Pending Appeal, *United States v. Facebook, Inc.,* No. 19-cv-02184 (D.D.C. Dec. 12, 2023) (Dkt. No. 65). The District Court Motion was fully briefed as of January 5, 2024.

6. On December 7, 2023, this Court issued an order setting a schedule for initial submissions requiring Meta's procedural motions to be filed by January 8, 2024. (Doc. No. 2030442.)

7. To afford the District Court additional time to resolve the District Court Motion while ensuring that any motion for injunction pending appeal in this Court (should one be necessary) would be fully briefed in advance of the January 31 deadline, Meta filed an unopposed motion to extend the January 8 deadline through January 16, 2024, which this Court granted on January 4, 2024. (Doc. No. 2034470.)

8. Five days later, on January 9, the Federal Trade Commission issued a *sua sponte* order further extending Meta's deadline to respond in the administrative proceeding through March 15, 2024. *See* Order Further Extending Time for Respondent's Answer, *In the Matter of Facebook, Inc.*, FTC Docket No. C-4365 (Jan. 9, 2024).

9. As a result of the Federal Trade Commission's *sua sponte* extension, Meta respectfully requests that the Court further extend its deadline for procedural motions through January 31, 2024. This extension will provide the District Court additional time to resolve the District Court Motion while ensuring that any motion for injunction pending appeal in this Court (should

3

one be necessary) would be fully briefed in advance of the current March 15 deadline.

10. This case has not yet been scheduled for oral argument, and an extension will not cause prejudice or undue delay.

For the reasons set forth above, and for good cause shown, Meta respectfully requests that this Court grant this unopposed motion for extension of time.

Dated: January 11, 2024    /s/ James P. Rouhandeh
James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Rouhandeh@davispolk.com

*Counsel for Defendant-Appellant*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 589 words excluding parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1).

This document complies with the typeface and type style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman Font.

Dated: January 11, 2024  /s/ *James P. Rouhandeh*
James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Rouhandeh@davispolk.com

*Counsel for Defendant-Appellant*

## CERTIFICATE OF SERVICE

I certify that on January 11, 2024, I filed the foregoing document via the appellate CM/ECF system of the United States Court of Appeals for the District of Columbia Circuit. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: January 11, 2024   */s/ James P. Rouhandeh*
James P. Rouhandeh
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Rouhandeh@davispolk.com

*Counsel for Defendant-Appellant*