# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5280**  **September Term, 2023**

**1:19-cv-02184-TJK**

**Filed On: January 16, 2024** [2035729]

United States of America,

    Appellee

  v.

Facebook, Inc.,

    Appellant

## O R D E R

Upon consideration of appellant's January 11, 2024 unopposed motion for extension of time, and the parties' January 3, 2024 request to enter an agreed briefing schedule for any potential motion for an injunction pending appeal, it is

**ORDERED** that the motion for extension of time be granted. Procedural motions are now due January 31, 2024. It is

**FURTHER ORDERED** that the request to enter an agreed briefing schedule be dismissed as moot.

                          **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Louis Karl Fisher
                          Deputy Clerk