[NOT YET SCHEDULED FOR ORAL ARGUMENT]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>FACEBOOK, INC.,<br>a corporation,<br><br>Defendant-Appellant. | No. 23-5280 |

**PLAINTIFF-APPELLEE'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), the United States of America respectfully moves this Court to modify the briefing schedule set forth in its March 18, 2024 Order to extend the deadlines as follows:

| | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| **Appellant's Brief:** | April 29, 2024 | May 13, 2024 |
| **Appendix:** | April 29, 2024 | May 13, 2024 |
| **Appellee's Brief:** | May 29, 2024 | June 12, 2024 |
| **Reply Brief:** | June 20, 2024 | July 12, 2024 |

Counsel for the United States conferred with counsel for Meta Platforms, Inc. (formerly Facebook, Inc.), and Meta concurs in the proposed schedule.

1

The Court may grant a motion for an extension of time upon a showing of good cause. Fed. R. App. P. 26(b); D.C. Cir. Rule 28(e)(1). There is good cause for an extension here. Specifically, the undersigned is principally responsible for preparing the government's brief in this matter. Prior to the Court entering its March 18, 2024 Order, the undersigned scheduled nonrefundable international travel from April 26 through May 12, 2024, which encompasses a substantial portion of the government's briefing period. Extending the briefing timeline by two weeks will ensure there is adequate time for Department of Justice management to review the government's brief before filing. Moreover, an additional one-week extension for Meta's Reply brief will ensure that counsel will not have to submit its brief on or around a federal holiday. Finally, the requested extensions are short and—because this appeal has not yet been calendared for argument—would not delay resolving this case or otherwise burden the Court.

## CONCLUSION

The United States respectfully asks the Court to grant this Unopposed Motion to Modify Briefing Schedule and extend the deadlines as set forth.

Dated: March 20, 2024

*/s/ Zachary L. Cowan*
ZACHARY L. COWAN
*Trial Attorney*
*Consumer Protection Branch*
*U.S. Department of Justice*
*450 5th Street, N.W.*
*Washington, D.C. 20530*
*(202) 353-7728*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing response complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Garamond, a proportionally spaced font.

I further certify that this response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 289 words, excluding parts of the brief exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), according to the word count of Microsoft Word.

                                                   */s/ Zachary L. Cowan*
                                                   Zachary L. Cowan

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

*/s/ Zachary L. Cowan*
Zachary L. Cowan