# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 23-5280 September Term, 2023

1:19-cv-02184-TJK

Filed On: March 22, 2024 [2046382]

United States of America,

    Appellee

  v.

Facebook, Inc.,

    Appellant

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | May 13, 2024 |
| Appendix | May 13, 2024 |
| Appellee's Brief | June 12, 2024 |
| Appellant's Reply Brief | July 12, 2024 |

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                        BY:   /s/
                                  Michael C. McGrail
                                  Deputy Clerk