**Davis Polk**

Rouhandeh, James P.
+1 212 450 4835
rouhandeh@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

July 23, 2024

Re: *United States v. Facebook, Inc.*, Case No. 23-5280

<u>Via CM/ECF</u>
Clerk of the Court
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave., NW
Washington, DC 20001

Dear Clerk Langer:

I am lead counsel for Appellant Meta Platforms, Inc. (formerly Facebook, Inc.) ("Meta") in the above-referenced appeal. On March 18, 2024, this Court issued an order setting a briefing schedule and requested notification of any dates on which arguing counsel are unavailable for oral argument. I am not available on the dates listed below, primarily due to a trial that is currently scheduled for September and October 2024, and respectfully request that oral argument not be scheduled on these dates:

- September 5–6, 2024
- September 9–10, 2024
- September 12–13, 2024
- September 19–October 25, 2024
- October 29–30, 2024
- November 18–20, 2024
- December 9–10, 2024
- December 23, 2024–January 3, 2025
- January 16–17, 2025
- February 3–5, 2025

I appreciate the Court's accommodation in this regard. Please let me know if I can provide any additional information. I can be reached at (212) 450 4835.

Sincerely,

**Davis Polk**

*/s/ James P. Rouhandeh*

James P. Rouhandeh

cc: All Counsel