# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 23-5280                                                September Term, 2024

1:19-cv-02184-TJK

Filed On: October 23, 2024 [2081487]

United States of America,

        Appellee

    v.

Facebook, Inc.,

        Appellant

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for November 5, 2024, at 9:30 A.M.:

        Appellant    -    15 Minutes

        Appellee    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Rao and Walker, and Senior Circuit Judge Randolph.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 25, 2024.

### **Per Curiam**

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                      BY:    /s/
                             Michael C. McGrail
                             Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)