# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 23-5280**                          **September Term, 2024**

FILED ON: MAY 16, 2025

UNITED STATES OF AMERICA,

                APPELLEE

v.

FACEBOOK, INC.,

           APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:19-cv-02184)

———

Before: RAO and WALKER, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be reversed and the case be remanded so that it may consider Facebook's claims in the first instance, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/

Daniel J. Reidy
Deputy Clerk

Date: May 16, 2025

Opinion for the court filed by Senior Circuit Judge Randolph.